IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Criminal No. JFM-07-0599 |
| v. | * | Civil No. JFM-12-2231 |
| | * | |
| RONNIE MOORE | * | |
| | ***** | |

MEMORANDUM

Defendant has filed a motion to vacate under 28 U.S.C. § 2255.

The motion will be denied.  This court sentenced defendant as an "armed career criminal."  It was correct in doing so.  *United States v. Simmons*, 649 F.3d 237 (4th Cir. 2011), upon which defendant relies, is clearly distinguishable in that the holding there was based upon the fact that the government had not established that defendant was subject to a sentence greater than one year based upon the conditions set by the North Carolina legislature.  Defendant's convictions were based upon statutes which did not involve a graduated series of penalties but a single maximum.

A separate order denying defendant's motion is being entered herewith.

Date:  November 9, 2012          /s/
                                 J. Frederick Motz
                                 United States District Judge

1